```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02332-RNO
Timothy A Neff                                                      Chapter 13
Barbara J. Neff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1          Date Rcvd: Jun 28, 2018
                              Form ID: ntnew341        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db/jdb         +Timothy A Neff,    Barbara J. Neff,    1639 Salem Blvd,    Berwick, PA 18603-6543
5068263        +Credit Acceptance Corp.,    25505 W. 12 Mile Rd.,    Southfield, MI 48034-8316
5068265        +KML Law Group,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5068264        +Luzerne County Sheriff,    200 N. River Street,    Wilkes-barre, PA 18711-1004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5068262        +E-mail/Text: bankruptcy@loanpacific.com Jun 28 2018 18:53:29      Pacific Union Financial,
                 1603 LBJ Freeway Ste. 500,    Farmers Branch, TX 75234-6071
                                                                                             TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Christy Marie DeMelfi    on behalf of Debtor 2 Barbara J. Neff christy@demelfilaw.com
              Christy Marie DeMelfi    on behalf of Debtor 1 Timothy A Neff christy@demelfilaw.com
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy A Neff,

**Debtor 1**

Barbara J. Neff,

**Debtor 2**

Chapter 13

Case No. 5:18–bk–02332–RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: August 13, 2018 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 28, 2018 |

ntnew341 (04/18)