**788**

Employee: Barbara J Neff, 1639 Salem Blvd., Berwick, PA 18603
SSN: ***-**-0610
Status (Fed/State): Married/Withhold
Pay Period: 03/12/2018 - 03/25/2018
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 04/08/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 20:00 | 5.25 | 105.00 | 1,319.08 |
| TIPS |  | 40.00 | 40.00 | 502.50 |
|  | 20:00 |  | 145.00 | 1,821.58 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer LST | -2.00 | -16.00 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 |  |
| Social Security Employee | -8.99 | -112.94 |
| Medicare Employee | -2.10 | -26.41 |
| PA - Withholding | -4.45 | -55.93 |
| PA - Unemployment | -0.08 | -1.09 |
|  | -17.62 | -212.37 |

Net Pay: 127.38  1,609.21

Eagle Hose Company #2, 325 Mercer South Mercer St., PA 18603

Powered by Intuit Payroll

---

**789**

Employee: Barbara J Neff, 1639 Salem Blvd., Berwick, PA 18603
SSN: ***-**-0610
Status (Fed/State): Married/Withhold
Pay Period: 04/08/2018 - 04/21/2018
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 04/22/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 30:30 | 5.25 | 160.13 | 1,479.21 |
| TIPS |  | 61.00 | 61.00 | 563.50 |
|  | 30:30 |  | 221.13 | 2,042.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer LST | -2.00 | -18.00 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 |  |
| Social Security Employee | -13.71 | -126.65 |
| Medicare Employee | -3.21 | -29.62 |
| PA - Withholding | -6.79 | -62.72 |
| PA - Unemployment | -0.14 | -1.23 |
|  | -25.85 | -238.22 |

Net Pay: 195.28  1,804.49

Eagle Hose Company #2, 325 Mercer South Mercer St., PA 18603

Powered by Intuit Payroll

## 792

**Employee**
Barbara J Neff, 1639 Salem Blvd., Berwick, PA 18603

**SSN:** ***-**-0610
**Status (Fed/State):** Married/Withhold
**Pay Period:** 04/09/2018 - 04/22/2018
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Date:** 05/06/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 28:15 | 5.25 | 148.31 | 1,627.52 |
| TIPS |  | 56.50 | 56.50 | 620.00 |
|  | 28:15 |  | 204.81 | 2,247.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer LST | -2.00 | -20.00 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 |  |
| Social Security Employee | -12.70 | -139.35 |
| Medicare Employee | -2.97 | -32.59 |
| PA - Withholding | -6.29 | -69.01 |
| PA - Unemployment | -0.12 | -1.35 |
|  | -24.08 | -262.30 |

**Net Pay** 180.73 1,985.22

Eagle Hose Company #2, 325 Mercer South Mercer St., PA 18603

Powered by Intuit Payroll

---

## 794

**Employee**
Barbara J Neff, 1639 Salem Blvd., Berwick, PA 18603

**SSN:** ***-**-0610
**Status (Fed/State):** Married/Withhold
**Pay Period:** 04/09/2018 - 04/22/2018
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Date:** 05/21/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 36:45 | 5.25 | 192.94 | 1,820.46 |
| TIPS |  | 73.50 | 73.50 | 693.50 |
|  | 36:45 |  | 266.44 | 2,513.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer LST | -2.00 | -22.00 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 |  |
| Social Security Employee | -14.00 | -153.35 |
| Medicare Employee | -4.25 | -36.84 |
| PA - Withholding | -6.80 | -75.81 |
| PA - Unemployment | -0.16 | -1.51 |
|  | -27.21 | -289.51 |

**Net Pay** 239.23 2,224.45

Eagle Hose Company #2, 325 Mercer South Mercer St., PA 18603

Powered by Intuit Payroll