**Employee Name: TIMOTHY A NEFF, Paycheck Date: 4/13/2018**

**Paycycle Begin Date: 3/24/2018 Paycycle End Date: 4/6/2018**

Gross: $570.00  Hours: 28.5  Taxes: $67.43  Deductions: $84.20  Net Pay: $418.37

### Earnings

| Earnings Type | Hours | Amount |
|---|---|---|
| R-Regular | 24.5 | $490.00 |
| H-Holiday | 4 | $80.00 |
| | 28.5 | $570.00 |

### Other Deductions

| Deduction Type | Amount |
|---|---|
| 401K | $34.20 |
| MUB | $50.00 |
| | $84.20 |

### Employee Taxes

| Tax Type | Taxable Earnings | Amount |
|---|---|---|
| MED | $520.00 | $7.53 |
| SS | $520.00 | $32.24 |
| PASUI-E | $570.00 | $0.34 |
| PA-BERF | $570.00 | $2.00 |
| PA-D019 | $520.00 | $5.20 |
| PA | $520.00 | $15.96 |
| FITW | $485.80 | $4.16 |
| | | $67.43 |

### Direct Deposits

| Transit | Account | Amount |
|---|---|---|
| 031302955 | Ends with ***2111 | $418.37 |
| | | $418.37 |

### Employer Taxes

| Tax Type | Taxable Earnings |
|---|---|
| MED-R | $520.00 |
| SS-R | $520.00 |
| FUTA | $520.00 |
| PASUI | $570.00 |

**Employee Name:** TIMOTHY A NEFF, **Paycheck Date:** 5/11/2018

**Paycycle Begin Date:** 4/21/2018    **Paycycle End Date:** 5/4/2018

**Gross:** $780.00    **Hours:** 39    **Taxes:** $111.91    **Deductions:** $96.80    **Net Pay:** $571.29

### Earnings

| Earnings Type | Hours | Amount |
|---|---|---|
| R-Regular | 39 | $780.00 |
| | 39 | $780.00 |

### Other Deductions

| Deduction Type | Amount |
|---|---|
| 401K | $46.80 |
| MUB | $50.00 |
| | $96.80 |

### Employee Taxes

| Tax Type | Taxable Earnings | Amount |
|---|---|---|
| MED | $730.00 | $10.58 |
| SS | $730.00 | $45.26 |
| PASUI-E | $780.00 | $0.46 |
| PA-BERF | $780.00 | $2.00 |
| PA-D019 | $730.00 | $7.30 |
| PA | $730.00 | $22.41 |
| FITW | $683.20 | $23.90 |
| | | $111.91 |

### Direct Deposits

| Transit | Account | Amount |
|---|---|---|
| 031302955 | Ends with ***2111 | $571.29 |
| | | $571.29 |

### Employer Taxes

| Tax Type | Taxable Earnings |
|---|---|
| MED-R | $730.00 |
| SS-R | $730.00 |
| FUTA | $730.00 |
| PASUI | $780.00 |

Case 5:18-bk-02332-RNO    Doc 20    Filed 07/05/18    Entered 07/05/18 12:52:15    Desc
Main Document     Page 2 of 2