Paycheck Details | KTBSonline                                           https://www.ktbsonline.com/Payroll/ViewPaycheck?CheckId=0393...

**Employee Name: TIMOTHY A NEFF, Paycheck Date: 5/25/2018**

**Paycycle Begin Date: 5/5/2018  Paycycle End Date: 5/18/2018**

**Gross:** $650.00    **Hours:** 32.5    **Taxes:** $84.39    **Deductions:** $89.00    **Net Pay:** $476.61

### Earnings

| Earnings Type | Hours | Amount |
|---|---|---|
| R-Regular | 32.5 | $650.00 |
| | 32.5 | $650.00 |

### Other Deductions

| Deduction Type | Amount |
|---|---|
| 401K | $39.00 |
| MUB | $50.00 |
| | $89.00 |

### Employee Taxes

| Tax Type | Taxable Earnings | Amount |
|---|---|---|
| MED | $600.00 | $8.70 |
| SS | $600.00 | $37.20 |
| PASUI-E | $650.00 | $0.39 |
| PA-BERF | $650.00 | $2.00 |
| PA-D019 | $600.00 | $6.00 |
| PA | $600.00 | $18.42 |
| FITW | $561.00 | $11.68 |
| | | $84.39 |

### Direct Deposits

| Transit | Account |
|---|---|
| 031302955 | Ends with ***2111 |

### Employer Taxes

| Amount | Tax Type | Taxable Earnings |
|---|---|---|
| $476.61 | MED-R | $600.00 |
| $476.61 | SS-R | $600.00 |
| | FUTA | $60.00 |
| | PASUI | $650.00 |