Secured Resolutions, LLC
8685 Sheridan Dr.
Buffalo, NY 14221

Dish Network
9601 S. Meridian Blvd.
Englewood, CO 80112

Capital One
PO Box 30285
Salt Lake City, UT 84130

Commonwealth Financial Systems
245 Main St.
Dickson City, PA 18519

Verizon
500 Technology Drive, Ste. 550
Weldon Spring, MO 63304

Berwick Hospital Center
701 E. 16th Street
Berwick, PA 18603

Geisinger
100 N. Academy Ave.
Danville, PA 17822

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104

US Dep't Education
61 Forsyth St. SW Ste. 19T40
Atlanta, GA 30303

AFNI, Inc.
PO Box 3427
Bloomington, IL 61702

EOS CCA
700 Longwater Dr.
Norwell, MA 02061

Medical Data Systems, Inc.
645 Walnut St., Ste. 5
Gadsden, AL 35901

Medicredit, Inc.
PO Box 411187
St. Louis, MO 63141

Penn Credit Corp.
916 S. 14th St.
Harrisburg, PA 17104