```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                       Case No. 18-02332-RNO
Timothy A Neff                                               Chapter 13
Barbara J. Neff
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: PRatchfor        Page 1 of 1         Date Rcvd: Aug 15, 2018
                            Form ID: ntcnfhrg      Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db/jdb         +Timothy A Neff,    Barbara J. Neff,    1639 Salem Blvd,    Berwick, PA 18603-6543
5091950        +Berwick Hospital Center,    701 E. 16th Street,    Berwick, PA 18603-2397
5091948        +Commonwealth Financial Systems,    245 Main St.,    Dickson City, PA 18519-1641
5068263        +Credit Acceptance Corp.,    25505 W. 12 Mile Rd.,    Southfield, MI 48034-8316
5091955        +EOS CCA,   700 Longwater Dr.,    Norwell, MA 02061-1624
5091951        +Geisinger,    100 N. Academy Ave.,    Danville, PA 17822-0001
5068265        +KML Law Group,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5068264        +Luzerne County Sheriff,    200 N. River Street,    Wilkes-barre, PA 18711-1004
5091956        +Medical Data Systems, Inc.,    645 Walnut St., Ste. 5,    Gadsden, AL 35901-4173
5091952        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5091958       #+Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, PA 17104-3425
5091953        +US Dept Education,    61 Forsyth St. SW Ste. 19T40,    Atlanta, GA 30303-8919
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5091954        +E-mail/Text: EBNProcessing@afni.com Aug 15 2018 19:35:38      AFNI, Inc.,    PO Box 3427,
                 Bloomington, IL 61702-3427
5091947        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 19:36:29      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5091946        +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 15 2018 19:35:29      Dish Network,
                 9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
5091957        +E-mail/Text: rcpsbankruptcynotices@parallon.com Aug 15 2018 19:36:03      Medicredit, Inc.,
                 PO Box 411187,    St. Louis, MO 63141-3187
5068262        +E-mail/Text: bankruptcy@loanpacific.com Aug 15 2018 19:36:02      Pacific Union Financial,
                 1603 LBJ Freeway Ste. 500,    Farmers Branch, TX 75234-6071
5091945        +E-mail/Text: admin@securedresolutions.com Aug 15 2018 19:35:49      Secured Resolutions, LLC,
                 8685 Sheridan Dr.,    Buffalo, NY 14221-6353
5091949        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 15 2018 19:34:29
                 Verizon,    500 Technology Drive, Ste. 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5087768*       +Pacific Union Financial, LLC,    1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Christy Marie DeMelfi   on behalf of Debtor 2 Barbara J. Neff christy@demelfilaw.com
              Christy Marie DeMelfi   on behalf of Debtor 1 Timothy A Neff christy@demelfilaw.com
              James Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Timothy A Neff, | Chapter 13 |
| **Debtor 1** | |
| Barbara J. Neff, | Case No. 5:18–bk–02332–RNO |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **October 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: October 12, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 15, 2018 |

ntcnfhrg (03/18)