UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------------X
In Re                                                    Chapter 13

TIMOTHY A. NEFF and                                      Case No. 18-02332-RNO
BARBARA J. NEFF

                                      Debtors.

-----------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am over the age of eighteen (18) years, am not a party to this action, maintain an office in Schuylkill County in the Commonwealth of Pennsylvania and am admitted to the bar of the United States District Court for the Middle District of Pennsylvania and that I am counsel for the above-captioned debtors:

      I HEREBY FURTHER CERTIFY that on November 7, 2018, I served copies of the <u>Notice of Confirmation Hearing and 1st Amended Chapter 13 Plan</u> upon the creditors listed on the following page.


Dated: November 7, 2018
       McAdoo, PA                                    /s/ Christy M. DeMelfi
                                                        Christy M. DeMelfi, Esq. (cd3570)
                                                        4 N. Madison St.
                                                        McAdoo, PA 18237

| | | |
|---|---|---|
| AFNI, Inc.<br>PO Box 3427<br>Bloomington, IL 61702-3427 | Berwick Hospital Center<br>701 E. 16th Street<br>Berwick, PA 18603-2397 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Commonwealth Financial Systems<br>245 Main St.<br>Dickson City, PA 18519-1641 | Credit Acceptance Corp.<br>25505 W. 12 Mile Rd.<br>Southfield, MI 48034-8316 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 | EOS CCA<br>700 Longwater Dr.<br>Norwell, MA 02061-1624 | Geisinger<br>100 N. Academy Ave.<br>Danville, PA 17822-0001 |
| KML Law Group<br>701 Market Street, Ste. 500<br>Philadelphia, PA 19106-1541 | Luzerne County Sheriff<br>200 N. River Street<br>Wilkes-barre, PA 18711-1004 | Medical Data Systems, Inc.<br>645 Walnut St., Ste. 5<br>Gadsden, AL 35901-4173 |
| Medicredit, Inc.<br>PO Box 411187<br>St. Louis, MO 63141-3187 | PPL Electric Utilities<br>827 Hausman Road<br>Allentown, PA 18104-9392 | Pacific Union Financial<br>1603 LBJ Freeway Ste. 500<br>Farmers Branch, TX 75234-6071 |
| Penn Credit Corp.<br>916 S. 14th St.<br>Harrisburg, PA 17104-3425 | Secured Resolutions, LLC<br>8685 Sheridan Dr.<br>Buffalo, NY 14221-6353 | US Dept Education<br>61 Forsyth St. SW Ste. 19T40<br>Atlanta, GA 30303-8919 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>500 Technology Drive, Ste. 550<br>Weldon Spring, MO 63304-2225 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |