```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02332-RNO
Timothy A Neff                                                  Chapter 13
Barbara J. Neff
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PRatchfor        Page 1 of 1           Date Rcvd: May 08, 2019
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5087768          +E-mail/Text: bankruptcy@loanpacific.com May 08 2019 19:08:24      Pacific Union Financial, LLC,
                  1603 LBJ Freeway Suite 500,   Farmers Branch, TX 75234-6071
                                                                                                 TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Pacific Union Financial, LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christy Marie DeMelfi    on behalf of Debtor 2 Barbara J. Neff christy@demelfilaw.com
              Christy Marie DeMelfi    on behalf of Debtor 1 Timothy A Neff christy@demelfilaw.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02332-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Timothy A Neff<br>1639 Salem Blvd<br>Berwick PA 18603 | Barbara J. Neff<br>1639 Salem Blvd<br>Berwick PA 18603 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/10/19

Terrence S. Miller
**CLERK OF THE COURT**