# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy A. Neff<br>Barbara J. Neff<br>　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　Movant<br>　　　vs.<br><br>Timothy A. Neff<br>Barbara J. Neff<br>　　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-02332 RNO<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Motion for Relief from the Automatic Stay of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **June 28, 2019 (doc. 45)**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

July 3, 2019