LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy A Neff and Barbara J. Neff<br>Debtors. | CHAPTER 13 |
| | BANKRUPTCY NO. 18-02332/RNO |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding: Motion for Relief |
| Timothy A Neff and Barbara J. Neff<br>Debtors/Respondents | Pleading: Motion for Relief |
| | Document # 57 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Parties are attempting to resolve the matter via a stipulation to place the arrears into the plan

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

Dated: _04/8/2020__   BY:/s/ Kristen D. Little_____
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
S&D File #:20-065205   PA BAR ID #79992
klittle@logs.com
pabk@logs.com