| | |
|---|---|
| IN RE: Timothy A Neff and Barbara J. Neff<br>Debtors. | CHAPTER 13 |
| | BANKRUPTCY NO. 18-02332/RNO |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding:   Motion for Relief |
| Timothy A Neff and Barbara J. Neff<br>Debtors/Respondents | Pleading:  Motion for Relief |
| | Document # 57 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒    The undersigned counsel certifies as follows:

(1)    A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐    Thirty (30) days.

☐    Forty-five (45) days.

☒    Sixty (60) days.

(2)    If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,
          /s/ Kristen D. Little

Dated:  May 18, 2020          BY:_____

Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

S&D File #:20-065205          PA BAR ID #79992

klittle@logs.com
pabk@logs.com