LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy A Neff and Barbara J. Neff<br>Debtors. | CHAPTER 13 |
| | BANKRUPTCY NO. 18-02332/RNO |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | |
| | Nature of Proceeding: Motion for Relief |
| Timothy A Neff and Barbara J. Neff<br>Debtors/Respondents | Pleading: Motion for Relief |
| | Document # 57 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Borrower has entered into a Pandemic Forbearance where post-petition payments will resume November 18, 2020. Parties are not ready to enter into a stipulation at this time, in case, the borrower needs an extension. Parties request the MFR hearing be moved til some time in November.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

Dated: __08/24/2020____      BY: /s/ Kristen D. Little, Esquire
                              Kristen D. Little, Esquire
                              Shapiro & DeNardo, LLC
                              3600 Horizon Drive, Suite 150
                              King of Prussia, PA 19406
                              (610) 278-6800/ fax (847) 954-4809
S&D File #:20-065205          PA BAR ID #79992
                              klittle@logs.com
                              pabk@logs.com