UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY NEFF
BARBARA J. NEFF   CHAPTER 13

   Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant   CASE NO: 5-18-02332-RNO

TIMOTHY NEFF
BARBARA J. NEFF

   Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 21, 2021, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 21, 2021, the Debtor(s) is/are $1205.88 in arrears with a plan payment having last been made on Feb 05, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 21, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY NEFF
BARBARA J. NEFF                     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-02332-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 21, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

CHRISTY M DeMELFI ESQUIRE      SERVED ELECTRONICALLY
4 NORTH MADISON STREET
McADOO, PA 18237-

TIMOTHY NEFF
BARBARA J. NEFF      SERVED BY 1ST CLASS MAIL
1639 SALEM BLVD
BERWICK, PA 18603

United States Trustee
228 Walnut Street
Suite 1190      SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2021

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com