United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy A Neff  
Barbara J. Neff  
    Debtors

Case No. 18-02332-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 21, 2021     Form ID: pdf010     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A Neff, Barbara J. Neff, 1639 Salem Blvd, Berwick, PA 18603-6543 |
| 5091950 | + | Berwick Hospital Center, 701 E. 16th Street, Berwick, PA 18603-2397 |
| 5091948 | + | Commonwealth Financial Systems, 245 Main St., Dickson City, PA 18519-1641 |
| 5091955 | + | EOS CCA, 700 Longwater Dr., Norwell, MA 02061-1624 |
| 5091951 | + | Geisinger, 100 N. Academy Ave., Danville, PA 17822-0001 |
| 5068265 | + | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 5068264 | + | Luzerne County Sheriff, 200 N. River Street, Wilkes-barre, PA 18711-1004 |
| 5091956 | + | Medical Data Systems, Inc., 645 Walnut St., Ste. 5, Gadsden, AL 35901-4173 |
| 5309284 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5195565 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5195566 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 5091952 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5068262 | + | Pacific Union Financial, 1603 LBJ Freeway Ste. 500, Farmers Branch, TX 75234-6071 |
| 5128710 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 5091953 | + | US Dept Education, 61 Forsyth St. SW Ste. 19T40, Atlanta, GA 30303-8919 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5091954 | + | Email/Text: EBNProcessing@afni.com | Jan 21 2021 19:10:00 | AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 5091947 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 19:19:25 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5068263 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 21 2021 19:10:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., Southfield, MI 48034-8316 |
| 5091946 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jan 21 2021 19:10:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 5091957 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 21 2021 19:11:00 | Medicredit, Inc., PO Box 411187, St. Louis, MO 63141-3187 |
| 5091945 | + | Email/Text: admin@securedresolutions.com | Jan 21 2021 19:11:00 | Secured Resolutions, LLC, 8685 Sheridan Dr., Buffalo, NY 14221-6353 |
| 5091949 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 19:10:00 | Verizon, 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5087768 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 5091958 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ashlee Crane Fogle | on behalf of Creditor Pacific Union Financial  LLC afogle@rascrane.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christy Marie DeMelfi | on behalf of Debtor 2 Barbara J. Neff christy@demelfilaw.com |
| Christy Marie DeMelfi | on behalf of Debtor 1 Timothy A Neff christy@demelfilaw.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Timothy A. Neff

                      Debtor 1

Barbara J. Neff

                      Debtor 2

Charles J. DeHarty, III
Chapter 13 Trustee
   vs.                Movant(s)

Timothy A. Neff
Barbara J. Neff

                      Respondent(s)

Chapter: 13
Case No.: 5:18-b k-02332 RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 21, 2021      By the Court,

*[Signature]*

Robert N. Opel, II, Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17